IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE O. BROWN, #4873901, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> JERRY BROWN, Governor, et al., ) </br> ) </br> Defendant(s). ) </br> _____ ) | No. C 17-3025 CRB (PR) </br></br> ORDER OF DISMISSAL </br></br> (ECF Nos. 2, 3 & 8) |

This civil action by a prisoner was filed on May 25, 2017. The court notified plaintiff in writing at that time that the action was deficient because he did not pay the requisite $400.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 28 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. Accordingly, plaintiff's incomplete IFP application (ECF No. 3) is DENIED and the action is DISMISSED without prejudice. The clerk shall terminate all other pending motions (see ECF Nos. 2 & 8) as moot and close the file.

SO ORDERED.

DATED: July 7, 2017 _____
CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.17\Brown, R.17-3025.dsifp.wpd