IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONNIE O. BROWN, #4873901, )
        Plaintiff, ) No. C 17-3025 CRB (PR)
  v. ) ORDER OF DISMISSAL
JERRY BROWN, Governor, et al., )
        Defendant(s). )
_____ )

    Plaintiff, a prisoner with sight disabilities at the Los Angeles County Jail, has filed a pro se civil action alleging violations of his federal rights under 42 U.S.C. § 1983 and Title II of the Americans with Disabilities Act of 1990, 42 U.S.C.§ 12101 et seq. (ADA), at the jails and sheriff's offices of San Bernardino and Los Angeles counties.

    Plaintiff first filed this action on March 15, 2017, but it was transferred to the Central District of California because the alleged violations took place, and plaintiff and most of the defendants reside in, the Central District. See Brown v. Brown, No. C 17-1412 NJV (N.D. Cal. Apr. 20, 2017) (order of transfer). But plaintiff has re-filed it as a new case because he now seeks to intervene in this district's pending class action in Armstrong v. Brown, No. C 94-2307 CW (N.D. Cal. filed June 29, 1994). Plaintiff apparently wants to benefit from the permanent injunction and remedial plan that Judge Wilken has entered in connection with the Armstrong case by having that injunction and remedial plan, which apply to

disabled prisoners in the custody of the California Department of Corrections and Rehabilitation (CDCR), extended to disabled prisoners in the custody of the state's county sheriffs as well.

This court cannot grant plaintiff in the instant individual action the extraordinary relief he seeks. Plaintiff must pursue the expansion/modification of the injunction and remedial plan in the <u>Armstrong</u> class action by way of a motion in the <u>Armstrong</u> class action itself.

Plaintiff's prisoner civil action is DISMISSED under the authority of 28 U.S.C. § 1915A without prejudice to his filing a motion for relief in the <u>Armstrong</u> class action.

The clerk is instructed to terminate all motions as moot and close the file.

SO ORDERED.

DATED: August 25, 2017

_____
CHARLES R. BREYER
United States District Judge